**UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE**

<u>Alexander R. Kores</u>

    v.                                                  06-fp-352

<u>NH State Prison</u>

### <u>O R D E R</u>

Petitioner's Motion to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> (document no. 3) is granted.

This file has been assigned civil number **<u>06-cv-352-SM</u>**.

**SO ORDERED.**

                                                        _____
                                                        James R. Muirhead
                                                        United States Magistrate Judge

Date: October 11, 2006

cc:   Alexander R. Kores, *pro se*