UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Alexander R. Kores

       v.               06-cv-352-SM

NH State Prison

O R D E R

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated October 13, 2006, no objection having been filed, for the reasons set forth therein. Petitioner's Writ of Habeas Corpus is hereby dismissed without prejudice.

SO ORDERED.

November 6, 2006

_____
Steven J. McAuliffe
Chief Judge

cc:   Alexander R. Kores, pro se